**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**PECO FOODS, INC.**                                                                                **PLAINTIFF**

**V.**                                       **NO. 1:20-CV-101-DMB-DAS**

**MAINES PAPER & FOOD SERVICE**
**– OHIO, INC.**                                                                **DEFENDANT**

## ORDER CLOSING CASE

On August 12, 2020, Peco Foods, Inc. filed a "Notice of Voluntary Dismissal without Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 13th day of August, 2020.

                                                      **/s/Debra M. Brown**
                                                      **UNITED STATES DISTRICT JUDGE**